IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VERONICA ROSE GRINDLEY**                                             **PLAINTIFF**

**V.**           **NO. 4:19-CV-00589 JM/BD**

**ANDREW SAUL, Commissioner**
**Social Security Administration[1]**                                  **DEFENDANT**

### ORDER

The Court has reviewed the Recommendation filed by Magistrate Judge Beth Deere. After careful review of the recommendation and the timely objections received thereto, as well as a *de novo* review of the record, the Court approves and adopts the recommendation as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Veronica Rose Grindley's Complaint (Docket entry #2) is DISMISSED with prejudice.

DATED this 9th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] On June 6, 2019, the United States Senate confirmed Mr. Saul's nomination to lead the Social Security Administration. Pursuant to Fed. R. Civ. P. 25(d), Mr. Saul is automatically substituted as the Defendant.