IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VERONICA ROSE GRINDLEY**                                                    **PLAINTIFF**

V.                         NO. 4:19-CV-00589 JM/BD

**ANDREW SAUL, Commissioner**
**Social Security Administration**[1]                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 9th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] On June 6, 2019, the United States Senate confirmed Mr. Saul's nomination to lead the Social Security Administration. Pursuant to Fed. R. Civ. P. 25(d), Mr. Saul is automatically substituted as the Defendant.